# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

131403
131404

MICHAEL COLTON, Personal
Representative of the Estate of
Alexis Hall,
        Plaintiff-Appellee,

v

DEVKUMAR S. NANDAMUDI,
M.D., a/k/a DEVELOPMENT S.
NANDAMUDI, M.D., and
CHILDREN'S HEALTH CARE
OF PORT HURON,
        Defendants-Appellees,

and

PORT HURON HOSPITAL,
        Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131403, 131404
COA: 268524, 268533
St. Clair CC: 05-001942-NH

      By order of September 26, 2006 the application for leave to appeal the April 28, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641). On order of the Court, the case having been decided on June 27, 2007, 478 Mich 412 (2007), the application is again considered and, it appearing to this Court that the case of *Braverman v Garden City Hospital* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007 _____

      11010                                Clerk